IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:17CR342** |
| vs. | |
| ANTHONY HOLLINGSWORTH, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Dispositional Hearing (filing 70) is granted.

2. Defendant Anthony Hollingsworth's violation of supervised release hearing is continued to November 19, 2020, at 10:00 a.m., before the undersigned Chief United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 13th day of August, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge