IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff**, vs. ANTHONY HOLLINGSWORTH, Defendant. | **8:17CR342** **ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Disposition (filing 77) is granted.

2. Defendant Anthony Hollingsworth's violation of supervised release hearing is continued to January 28, 2021, at 10:30 a.m., before the undersigned Chief United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of November, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge