IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY HOLLINGSWORTH,<br><br>　　　　　　　　Defendant. | **8:17CR342**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

　　　　The defendant appeared before the Court on February 25, 2021, for a combined preliminary hearing and detention hearing regarding Second Amended Petition for Offender Under Supervision [84]. David R. Stickman represented the defendant. Susan T. Lehr represented the government. The defendant was previously advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　　　The government previously made an oral motion to dismiss Amended Petition for Offender Under Supervision [61]. The government's oral motion to dismiss Amended Petition for Offender Under Supervision [61] is granted without objection.

　　　　The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge John M. Gerrard in Courtroom No. 1, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on April 22, 2021.

　　　　The government withdrew its motion for detention. The defendant shall be released on the current terms and conditions of supervision and such conditions set forth on the record upon approval of the written modification of conditions of supervised release submitted to Chief Judge Gerrard.

　　　　**IT IS SO ORDERED**.

　　　　Dated this 26th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge