IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17-CR-342 |
| vs. | |
| ANTHONY HOLLINGSWORTH, | ORDER |
| Defendant. | |

The U.S. Probation Office has advised the Court that the defendant is deceased. Accordingly,

IT IS ORDERED:

1. The operative petition for offender under supervision (filing 106) is dismissed.

2. The October 20, 2022 hearing is cancelled.

Dated this 11th day of October, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge